### 12527.  MORGAN *v.* THE STATE.

BROYLES, C. J.  The verdict was authorized by the evidence and approved by the judge, and the motion for a new trial contained only the usual general grounds.
*Judgment affirmed.  Luke and Bloodworth, JJ., concur.*
DECIDED MAY 7, 1921.

Accusation of attempt to commit burglary; from city court of Dawson — Judge Edwards.  May 7, 1921.

*R. R. Marlin,* for plaintiff in error.
*W. H. Gurr, solicitor,* contra.

---

### 12529.  CREWS *v.* THE STATE.

LUKE, J.  This case having been entertained only upon the condition that the costs be paid within ten days, and the costs not having been paid within the time limited by this court, the writ of error must be dismissed.  Civil Code, § 6341.
*Writ of error dismissed.  Broyles, C. J., and Bloodworth, J., concur.*
DECIDED JULY 26, 1921.

Conviction of manslaughter; from Toombs superior court — Judge Hardeman.  April 19, 1921.

*Williams & Corbitt,* for plaintiff in error.
*Walter F. Grey, solicitor-general, Lankford & Rogers,* contra.